IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------

DONALD PAPAY                                    )
                                                )
Plaintiff,                                      )
vs.                                             )    Rule 7.1 Statement
                                                )
VIRGINIA HASELHUHN as ASSISTANT                 )
EXECUTIVE DIRECTOR, AMERICAN                    )
REGISTRY OF RADIOLOGIC                          )    07 CIV. 3858
TECHNOLOGISTS,  RICHARD F. DAINES as            )
COMMISSIONER, STATE OF NEW YORK                 )
DEPARTMENT OF HEALTH, ADELA                     )
SALAME-ALFIE as DIRECTOR, STATE OF              )
NEW YORK DEPARTMENT OF                          )
HEALTH - BUREAU OF ENVIRONMENTAL                )    ROBINSON
RADIATION PROTECTION                            )
(in his official capacity);                     )
          Defendants.                           )

-------------------------------------------

FILED
MAY 17 2007
USDC WP SDNY

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to
evaluate possible disqualification or recusal, the undersigned counsel for Donald Papay
(a private non-governmental party) certifies that the following are corporate parents,
affiliates and/or subsidiaries of said party, which are publicly held:
N/A
Dated: Spring Valley, New York

May __, 2007                                   /s/ _____
                                               Shmuel Klein (SK 7212) Fed Court Only
                                               Law Office of Shmuel Klein, PC
                                               Attorneys for Plaintiff
                                               268 ROUTE 59
                                               Spring Valley, NY  10977
                                               (845) 425-2510