STATE OF NEW YORK SOUTHERN DISTRICT COUNTY U.S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 07 civ.3858    AND FILED ON
ATTORNEY(S) Law Office of Shmuel Klein PC , Shmuel Klein, Esq.

Donald Papay                                                                                Plaintiff(s)/Petitioner(s)
vs
Virginia Haselhuhn, as Assistant executive director, American Registry of Radiologic Technologists    Defendant(s)/Respondent(s)

STATE OF MINNESOTA        COUNTY OF Hennepin        , SS.:

Christopher Rand, being duly sworn deposes and says deponent is not a party herein, and is over the age of eighteen years. That on 5/22/07 at 9:52 AM at 1255 Northland Drive, Mendota Heights MN deponent (did) (did not) serve the within Summons and Complaint

on: American Registry of Radiologic Technologists, Defendant (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X] A domestic corporation, by delivering thereat a true copy of each to Virginia Haselhuhn personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Assistant Executive Director thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ] On _____ deponent completed service under the last two sections by depositing a copy of the to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SERVICE** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other

**#7 DESCRIPTION** [X] A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex F Color of skin W Color of hair Blond Approx.Age 50 Approx.Height 5'8" Approx.weight 145 Other _____

**#8 WIT. FEES** [ ] $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
24th day of May
_____ notary public

DAVID HALLDORSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

Invoice-Work Order # 0710877

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207