

**DORSEY**
DORSEY & WHITNEY LLP

SHARI L. JERDE
(612) 343-8267
FAX (612) 340-2807
jerde.shari@dorsey.com

June 7, 2007

**VIA FACSIMILE & U.S. MAIL**

The Honorable Stephen C. Robinson
United States District Judge
United States District Court
  for the Southern District of New York
United States Courthouse
300 Quarropas Street, Room 633
White Plains, NY 10601

*MEMO ENDORSED*

Re:   Donald Papay v. Virginia Haselhuhn, et al.
      S.D.N.Y. Case No. 07 CIV. 3858  (Robinson)

Dear Judge Robinson:

    I am an attorney at Dorsey & Whitney LLP and we were recently retained to represent the American Registry of Radiologic Technologists and Ms. Haselhuhn in the above-noted matter. I am writing to confirm that the previously scheduled pre-motion and Rule 16 conferences for June 22, 2007, have now been rescheduled for July 20, 2007, at 10:00 a.m. I have discussed this change both with Mr. Klein and Ms. Fried, counsel for the Plaintiff and other Defendants respectively, and both were agreeable to the change. This letter also serves to inform the Court that Mr. Klein has agreed to grant the Defendants a 60-day extension of time to answer the complaint. The Defendants' answers are therefore now due on August 10, 2007. If you would like me to draft a proposed order to that effect, I would be happy to do so.

Respectfully,

*[signature]*
Shari L. Jerde

SLJ:cdb

cc:   Clerk of Court (via facsimile & U.S. mail)
      Ellen Fried, Esq. (via facsimile & U.S. mail)
      Shmuel Klein, Esq. (via facsimile & U.S. mail)

*[handwritten endorsement:]* Initial Conference shall be held on 7/20/07 at 10:00am. Time for Defendants to answer is extended to Aug 10 2007.

**APPLICATION GRANTED**

*Stephen C Robinson*

HON. STEPHEN C. ROBINSION  6/12/07

*[stamp:]* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 612.340.2600 • F 612.340.2868
SUITE 1500 • 50 SOUTH SIXTH STREET • MINNEAPOLIS, MINNESOTA 55402-1498
USA  CANADA  EUROPE  ASIA