UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONALD PAPAY,

        Plaintiff,

vs.

VIRGINIA HASELHUHN as ASSISTANT
EXECUTIVE DIRECTOR, AMERICAN
REGISTRY OF RADIOLOGIC
TECHNOLOGISTS, RICHARD F. DAINES
as COMMISSIONER, STATE OF NEW
YORK DEPARTMENT OF HEALTH,
ADELA SALAME-ALFIE as DIRECTOR,
STATE OF NEW YORK DEPARTMENT OF
HEALTH -- BUREAU OF
ENVIRONMENTAL RADIATION
PROTECTION (in his official capacity);

        Defendants.

Case No.: 07 CIV. 3858 (SCR)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

---

        PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joshua Colangelo-Bryan, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

|  |  |
|---|---|
| Applicant's Name: | Shari L. Jerde |
| Firm Name: | Dorsey & Whitney LLP |
| Address: | 50 South Sixth Street, Suite 1500 |
| City/State/Zip: | Minneapolis, MN 55402-1498 |
| Phone Number: | (612) 343-8267 |
| Fax Number: | (612) 340-2807 |

Shari L. Jerde is a member in good standing of the Bar of the State of Minnesota. There are no pending disciplinary proceedings against Shari L. Jerde in any State or Federal court.

Respectfully submitted,

Dated: July 12, 2007
New York, New York

DORSEY & WHITNEY LLP

By: _____
Joshua Colangelo-Bryan (JCB-6838)
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9234
Facsimile: (212) 953-7201

*Attorneys for Virginia Haselhuhn and the
American Registry of Radiologic Technologists*

2