```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

DONALD PAPAY,

                Plaintiff,

        -against-                              NOTICE OF APPEARANCE

VIRGINIA HASELHUHN as ASSISTANT                07-CV-3858
EXECUTIVE DIRECTOR, AMERICAN
REGISTRY OF RADIOLOGIC
TECHNOLOGISTS, RICHARD F. DAINES
as COMMISSIONER, STATE OF NEW YORK
DEPARTMENT OF HEALTH, ADELA
SALAME-ALFIE as DIRECTOR, STATE OF
NEW YORK DEPARTMENT OF
HEALTH – BUREAU OF ENVIRONMENTAL
RADIATION PROTECTION (in his official
capacity);

                Defendants.

---------------------------------------X
```

PLEASE TAKE NOTICE that defendants, Richard F. Daines as Commissioner of State Of New York Department Of Health and Adela Salame-Alfie as Director, State Of New York Department Of Health-Bureau Of Environmental Radiation Protection, hereby appear by the undersigned, whose address and telephone number are as set forth below.

Dated: New York, New York
       July 16, 2007

                    ANDREW CUOMO
                    Attorney General of the
                      State of New York
                    <u>Attorney for Defendants</u>
                    By:

                    ___S/_____
                    Ellen J. Fried
                    Assistant Attorney General
                    120 Broadway - 24th Floor
                    New York, New York 10271
                    Telephone: 212-416-6556

To:  Shmuel Berel Klein
     Law Office of Shmuel Klein, PC
     Attorney for Plaintiff
     268 Route 59 West
     Spring Valley, NY 10977
     (845) 425-2510

     Shari L. Jerde
     Dorsey & Whitney LLP
     Attorney for Defendants
      Haselhuhn and American Registry
      of Radiologic Technologists
     South Sixth Street, Suite 1500
     Minneapolis, MN 55402-1498
     (612) 343-8276