UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONALD PAPAY,

          Plaintiff,

vs.

VIRGINIA HASELHUHN as ASSISTANT
EXECUTIVE DIRECTOR, AMERICAN
REGISTRY OF RADIOLOGIC
TECHNOLOGISTS, RICHARD F. DAINES
as COMMISSIONER, STATE OF NEW
YORK DEPARTMENT OF HEALTH,
ADELA SALAME-ALFIE as DIRECTOR,
STATE OF NEW YORK DEPARTMENT OF
HEALTH -- BUREAU OF
ENVIRONMENTAL RADIATION
PROTECTION (in his official capacity);

          Defendants.

Case No.: 07 CIV. 3858 (SCR)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

---

Upon the motion of Joshua Colangelo-Bryan, attorney for Virginia Haselhuhn and the American Registry of Radiologic Technologists, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** on this _16th_ day of July 2007 that

| | |
|---|---|
| Applicant's Name: | Shari L. Jerde |
| Firm Name: | Dorsey & Whitney LLP |
| Address: | 50 South Sixth Street, Suite 1500 |
| City/State/Zip: | Minneapolis, MN 55402-1498 |
| Telephone/Fax: | (612) 343-8267 / (612) 340-2807 |
| Email Address: | jerde.shari@dorsey.com |

is admitted to practice *pro hac vice* as counsel for Virginia Haselhuhn and the American Registry of Radiologic Technologists in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: stamp]*

Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

So ORDERED

*[signature]*
United States District Court Judge

dated July 16, 2007