UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

DONALD PAPAY

                      Plaintiffs,                    07 Civ-3858 (ROBINSON)

    vs.

                                                          ECF Case

VIRGINIA HASELHUHN as ASSISTANT    )
EXECUTIVE DIRECTOR, AMERICAN        )
REGISTRY OF RADIOLOGIC                  )
TECHNOLOGISTS, RICHARD F. DAINES as  )
COMMISSIONER, STATE OF NEW YORK   )
DEPARTMENT OF HEALTH, ADELA         )
SALAME-ALFIE as DIRECTOR, STATE OF   )
NEW YORK DEPARTMENT OF                 )
HEALTH - - BUREAU OF                       )
ENVIRONMENTAL RADIATION              )
PROTECTION (in his official capacity);

                      Defendants,
_____x

## DONALD PAPAY RULE 26(a)m INITIAL DISCLOSURES

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs Donald Papay hereby serves upon all Defendants the following initial disclosures based on the information currently and reasonably available to Plaintiffs Donald Papay reserves its right to supplement and change these disclosures as discovery proceeds.

    A.    <u>Individuals Likely to Have Discoverable Information Supporting Plaintiff's Defenses</u>

        1.    Plaintiff Donald Papay
                  128 Third Street
                  New City, NY 10956

                  Plaintiff Donald Papay has knowledge of the allegations and claimed damages set forth in the Complaint.

2. Virgina Haselhun
   Assistant Director
   American Registry of Radiologic Technologists
   1255 Northland Drive
   St. Paul, Minnesota 55120-1155

   Virgina Haselhuhn works for American Registry of Radiologic Technologists as the Assistant Director and may have knowledge of the allegations and claimed damages set forth in the Complaint

3. Richard F. Daines
   New York Department of Health
   Corning Tower
   Empire State Plaza
   Albany, New York 12237

   Richard F. Daines works for State of New York Department of Health as the Commissioner and may have knowledge of the allegations and claimed damages set forth in the Complaint.

4. Adela Salame-Alfie
   New York Department of Health
   Corning Tower
   Empire State Plaza
   Albany, New York 12237

   Adela Salame-Alfie works for State of New York Department of Health as the Director and may have knowledge of the allegations and claimed damages set forth in the Complaint.

5. Bureau of Environmental Radiation Protection
   547 River Street
   Flanigan Square, Room 530
   Troy, NY 12180-2216

   Bureau of Environmental Radiation Protection may have knowledge of the allegations and claimed damages set forth in the Complaint.

6. Any employee of American Registry of Radiologic Technologists, Dorsey & Whitney, LLP, New York Department of Health, the Bureau of Environmental Radiation Protection, or the office of the Attorney General who may have knowledge relating to the allegations and claimed damages set forth in the complaint.

B. <u>Documents Plaintiff's May Use to Support its Defenses</u>

    Plaintiffs refer Defendants to the attached documents, bates numbered 0001 through 0035.

C. <u>Damages</u>

    Plaintiffs do allege damages at this time and reserve the right to do so.

D. <u>Insurance</u>

    Upon information and belief, Defendants carry Errors and Omissions Policy.

                                        _____/s/_____
Shmuel Klein (SK 7212) Fed Court Only
Law Office of Shmuel Klein, PC
Attorney for Plaintif
268 ROUTE 59 ,Spring Valley, NY 10977
(845) 425- 2510

Dated: July 9, 2007
      Spring Valley, New York