UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD PAPAY,<br><br>            Plaintiff,<br><br>vs.<br><br>VIRGINIA HASELHUHN as ASSISTANT EXECUTIVE DIRECTOR, AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS, RICHARD F. DAINES as COMMISSIONER, STATE OF NEW YORK DEPARTMENT OF HEALTH, ADELA SALAME-ALFIE as DIRECTOR, STATE OF NEW YORK DEPARTMENT OF HEALTH -- BUREAU OF ENVIRONMENTAL RADIATION PROTECTION (in his official capacity);<br><br>            Defendants. | Case No.:  07 CIV. 3858 (SCR)<br><br>**AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the American Registry of Radiologic Technologists ("ARRT") states that it has no parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

Dated:  July 23, 2007
New York, New York

DORSEY & WHITNEY LLP

By:  /s/Joshua Colangelo-Bryan
     Joshua Colangelo-Bryan (JCB-6838)
250 Park Avenue
New York, NY 10177-1500
Telephone:  (212) 415-9234
Facsimile:  (212) 953-7201

2

        Shari L. Jerde
        (Admitted Pro Hac Vice)
        DORSEY & WHITNEY LLP
        50 South 6th Street, Suite 1500
        Minneapolis, MN 55402-1498
        Telephone: (612) 343-8267
        Facsimile: (612) 340-2807

        *Attorneys for Virginia Haselhuhn and the*
        *American Registry of Radiologic Technologists*