UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DONALD PAPAY, | Case No.: 07 CIV. 3858 (SCR) |
| Plaintiff, | |
| vs. | |
| VIRGINIA HASELHUHN as ASSISTANT EXECUTIVE DIRECTOR, AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS, RICHARD F. DAINES as COMMISSIONER, STATE OF NEW YORK DEPARTMENT OF HEALTH, ADELA SALAME-ALFIE as DIRECTOR, STATE OF NEW YORK DEPARTMENT OF HEALTH -- BUREAU OF ENVIRONMENTAL RADIATION PROTECTION (in his official capacity); | **NOTICE OF MOTION TO DISMISS BY VIRGINIA HASELHUHN AND THE AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS** |
| Defendants. | |

---

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 12(b)(2) and (6), Defendants Virginia Haselhuhn and the American Registry of Radiologic Technologists ("ARRT"), by and through their undersigned attorneys, hereby move this Court, the Honorable Stephen C. Robinson, for an Order dismissing Plaintiff's Amended Complaint with prejudice, and for such other and further relief as the Court deems just and appropriate. This motion is based on the files and proceedings herein, the Memorandum in Support of Motion to Dismiss by Defendants Virginia Haselhuhn and the ARRT, and the Affidavit of Shari L. Jerde and the exhibits attached thereto.

Dated: October 31, 2007						DORSEY & WHITNEY LLP

By: **/s/ Joshua Colangelo-Bryan**
    Joshua Colangelo-Bryan
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9234
Facsimile: (212) 953-7201

Shari L. Jerde
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 343-8267
Facsimile: (612) 340-2807

*Attorneys for Virginia Haselhuhn and*
*American Registry of Radiologic Technologists*