UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD PAPAY,<br><br>Plaintiff,<br><br>vs.<br><br>VIRGINIA HASELHUHN as ASSISTANT EXECUTIVE DIRECTOR, AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS, RICHARD F. DAINES as COMMISSIONER, STATE OF NEW YORK DEPARTMENT OF HEALTH, ADELA SALAME-ALFIE as DIRECTOR, STATE OF NEW YORK DEPARTMENT OF HEALTH -- BUREAU OF ENVIRONMENTAL RADIATION PROTECTION (in his official capacity);<br><br>Defendants. | Case No.: 07 CIV. 3858 (Robinson)<br><br>AFFIDAVIT OF SHARI L. JERDE IN SUPPORT OF MOTION TO DISMISS BY VIRGINIA HASELHUHN AS ASSISTANT EXECUTIVE DIRECTOR AND THE AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS |

STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF HENNEPIN   )

Shari L. Jerde, being duly sworn under oath, alleges and states the following:

1. I am an attorney with the firm of Dorsey & Whitney LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402, attorneys for Virginia Haselhuhn as Assistant Executive Director and the American Registry of Radiologic Technologists ("ARRT") (collectively hereinafter "the ARRT Defendants") in this matter. I submit this Affidavit in support of the ARRT Defendants' Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of <u>Staudinger v. Educational Comm'n for Foreign Med. Graduates</u>, No. 92 Civ. 8071 (LJF), 1993 WL 138954 (S.D.N.Y. Apr. 28, 1993).

3. Attached hereto as Exhibit B is a true and correct copy of <u>Billups v. Millet</u>, No. 91 Civ. 6326 (DAB), 1996 WL 99399 (S.D.N.Y. Mar. 6, 1996).

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____
Shari L. Jerde

Subscribed and sworn to before me
this 31ST day of October, 2007.

_____
Notary Public



CASSIE D. BURESH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

2