UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DONALD PAPAY                                              :

                                                             :   **NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

                                   Plaintiff,            :   07 Civ. 3858 (SCR)

              -against-                                    :   Original Filed By ECF

VIRGINIA HASSELHUHN, as ASSISTANT
EXECUTIVE DIRECTOR, AMERICAN REGISTRY    :
OF RADIOLOGIC TECHNOLOGISTS, RICHARD F.
DAINES as COMMISSIONER, STATE OF NEW YORK :
DEPARTMENT OF HEALTH, ADELA SALAME-ALFIE
as DIRECTOR, STATE OF NEW YORK DEPARTMENT :
OF HEALTH - - BUREAU OF ENVIRONMENTAL
RADIATION PROTECTIONS (in his official capacity);  :

                                  Defendants.          :
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Amended Complaint dated July 17, 2007, and the accompanying Memorandum of Law to Dismiss the Complaint, and all prior pleadings and proceedings herein, Defendants Richard F. Daines as Commissioner, State of New York Department of Health and Adela Salame-Alfie as Director, State of New York Department of Health, Bureau of Environmental Radiation Protections[sic], will move this Court at a time and day designated by the Court, at the United States Courthouse, Room 621, 300 Quarrapos Street, White Plains, New York, 10601, before the Honorable Stephen C. Robinson, United States District Judge, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint in its entirety on the grounds that the Amended Complaint fails to state any claim upon which relief can be granted.

Dated: New York, New York
      October 31, 2007

                                        ANDREW M. CUOMO
                                        Attorney General of the
                                         State of New York
                                        Attorney for Defendants
                                        By:

                                         __/ / Ellen J. Fried_____
                                        Ellen J. Fried
                                        Assistant Attorney General
                                        120 Broadway
                                        New York, New York  10271
                                        (212) 416-6556

Law Office of Shmuel Klein, PC
268 Route 59
Spring Valley, NY 10977
(845) 425-2510
Attn: Shmuel Klein, Esq.
Attorney for Plaintiff


Shari L. Jerde
Dorsey & Whitney LLP
South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 343-8276
Attorney for Defendants
 Haselhuhn and American Registry
 of Radiologic Technologists

## CERTIFICATE OF SERVICE

**ELLEN J. FRIED** hereby certifies:

I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for Defendants Richard F. Daines as Commissioner, State of New York Department of Health, Adela Salame-Alfie as Director, State of New York Department of Health, Bureau of Environmental Radiation Protection.

On October 31, 2007, true and correct copies of the Notice of Motion to Dismiss the Amended Complaint , dated October 31, 2007, and the accompanying Memorandum of Law were filed electronically with the Clerk of the Court.  Copies of same were also served upon the following counsel:

> Law Office of Shmuel Klein, PC
> 268 Route 59
> Spring Valley, NY 10977
> (845) 425-2510
> Attn: Shmuel Klein, Esq.
> Attorney for Plaintiff
>
> Shari L. Jerde, Esq.
> Dorsey & Whitney LLP
> South Sixth Street, Suite 1500
> Minneapolis, MN 55402-1498
> (612) 343-8276
> Attorney for Defendants
>  Haselhuhn and American Registry
>  of Radiologic Technologists

by depositing a copy of said documents, properly enclosed in a postage pre-paid Federal Express mail wrapper, within the custody of Federal Express at 120 Broadway, New York, New York 10271, directed to said attorneys at the addresses they designated for service of papers.

Dated: New York, New York
      October 31, 2007

                ANDREW M. CUOMO
                Attorney General of the
                 State of New York
                Attorney for Defendants
                By:

                _/ / Ellen J. Fried_____
                Ellen J. Fried
                Assistant Attorney General
                120 Broadway
                New York, New York  10271
                (212) 416-6556