# **CERTIFICATE OF SERVICE**

STATE OF NEW YORK:
COUNTY OF ROCKLAND) ss:

Shmuel Klein, affirms under the penalties of perjury states:
I am not a party to the within action, am over the age of 18 years and have an office at 268 Route 59, Spring Valley, New York. On November 30, 2007, I served a copy of the within Affirmation of Donald Papay in Opposition to America Registry of Radiologic Technologists' and Virginia Haselhuhn's, Rule 12(b)(6) Motion to Dismiss, and the Memorandum of Law thereto by mailing a true copy thereof, via regular mail, enclosed in a first class post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, to the following individuals at the last known address to:

Ellen J. Fried
State of New York Office of Attorney General
120 Broadway
New York, NY 10271-0332


Sheri Jerde
Dorsey & Whitney, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402


_____/s/_____
Shmuel Klein