# **CERTIFICATE OF SERVICE**

STATE OF NEW YORK:
COUNTY OF ROCKLAND) ss:

Shmuel Klein, affirms under the penalties of perjury states:
I am not a party to the within action, am over the age of 18 years and have an office at 268 Route 59, Spring Valley, New York. On November 30, 2007, I served a copy of the within Affirmation of Donald Papay in Opposition to Richard F. Daines, as commissioner of the New York State Department of Health and Adela Salame-Alfie as director of the New York State Department of Health Bureau of Environmental Radiation Protection's Rule 12(b)(6) Motion to Dismiss, and the Memorandum of Law thereto by mailing a true copy thereof, via regular mail, enclosed in a first class post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, to the following individuals at the last known address to:

Ellen J. Fried
State of New York Office of Attorney General
120 Broadway
New York, NY 10271-0332


Sheri Jerde
Dorsey & Whitney, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402


_____/s/_____
Shmuel Klein