UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD PAPAY, | Case No.: 07 CIV. 3858 (SRC) |
| Plaintiff, | |
| vs. | |
| VIRGINIA HASELHUHN as ASSISTANT EXECUTIVE DIRECTOR, AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGISTS, RICHARD F. DAINES as COMMISSIONER, STATE OF NEW YORK DEPARTMENT OF HEALTH, ADELA SALAME-ALFIE as DIRECTOR, STATE OF NEW YORK DEPARTMENT OF HEALTH -- BUREAU OF ENVIRONMENTAL RADIATION PROTECTION (in his official capacity); | SUPPLEMENTAL AFFIDAVIT OF SHARI L. JERDE IN FURTHER SUPPORT OF THE ARRT DEFENDANTS' MOTION TO DISMISS |
| Defendants. | |

STATE OF MINNESOTA     )
                       ) ss.
COUNTY OF HENNEPIN     )

Shari L. Jerde, being duly sworn under oath, alleges and states the following:

1. I am an attorney with the firm of Dorsey & Whitney LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402, attorneys for Virginia Haselhuhn as Assistant Executive Director and the American Registry of Radiologic Technologists ("ARRT") (collectively hereinafter "the ARRT Defendants") in this matter. I submit this Affidavit in support of the ARRT Defendants' Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy of the May 26, 2005, correspondence and attachments from Mark Raymond to Larry Gantt, counsel for Plaintiff, regarding Mr. Gantt's request to review examinations taken by Plaintiff between March 1998

and April 2005. This correspondence is referenced by Plaintiff in his Amended Complaint and was produced by Plaintiff in this litigation on or around July 9, 2007.

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____
Shari L. Jerde

Subscribed and sworn to before me
this 20th day of December, 2007.

_____
Notary Public



CASSIE D. BURESH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010