# The American Registry of Radiologic Technologists®

1255 Northland Drive ○ St. Paul, Minnesota 55120-1155 ○ (651) 687-0048 ○ www.arrt.org



May 26, 2005

Larry Gantt, Esq.
151 South Main Street, Suite 305
New York City, NY 10956

Re: Donald N. Papay, ARRT No. 320350

Dear Mr. Gantt:

I write in response to your letter dated April 29, 2005. On behalf of Mr. Donald Papay, you have requested a review of all examinations taken by Mr. Papay between March 1998 and April 2005. During this time period Mr. Papay completed seven forms of the *Examination in Radiography*. His scaled scores ranged from 71 to 74; a scaled score of 75 is required to pass. Your letter indicates that Mr. Papay believes that ARRT made an error in scoring one or more of his examinations.

ARRT policy permits candidates to request a rescore of their examination. This policy is documented in the certification handbook received by all candidates when they apply for examination. In 1998, when the *Examination in Radiography* was given in paper and pencil form, requests rescores must have been requested within 90 days of the exam administration date. Examinations are now administered by computer and exam results are reported more quickly; consequently, the policy has changed. As indicated in the 2005 certification handbook, candidates must request a rescore within 14 days of scores being mailed by ARRT. The request must be accompanied by a fee of $25. Mr. Papay's most recent exam results were mailed to him on April 8, 2005. Copies of the rescore policy from the 1998 and 2005 certification handbooks are enclosed for your review.

The ARRT does not release previous forms of an examination because doing so would compromise the security of the test questions. As with most credentialing agencies, the ARRT reuses test questions. One reason for reusing questions is that it improves exam quality. By pilot testing questions as unscored questions before using them as scored questions, we obtain data that allows us to determine the difficulty and evaluate the quality of those questions. A second reason is that question reuse controls costs to candidates by dramatically reducing the number of new questions that need to be developed. If ARRT released previous forms of an examination, it is possible that the exam questions would be distributed and reviewed by candidates who have not yet taken the exam, thereby placing them at an unfair advantage. Furthermore, these candidates are likely to focus on memorizing specific test questions rather than learning the broader content domain from which the questions were sampled, and this would undermine the integrity of the entire credentialing process.

The policies outlined above probably do not address Mr. Papay's real concern – his belief that ARRT made an error in developing the answer key or in scoring the exam – and I am reluctant to close this correspondence without attempting to offer some assurances. The ARRT relies on panels of subject matter experts from around the country to develop its examinations and review them for accuracy. We also have an extensive program for pilot testing and evaluating questions before they are used as "live"

0011

The American Registry of Radiologic Technologists®

*Promoting High Standards of Patient Care by Recognizing Qualified Individuals in Medical Imaging, Interventional Procedures and Radiation Therapy*

May 26, 2005
Mr. Larry Gantt
Page 2

scored questions. In addition, we have a fail-safe system for scoring exams; errors are virtually non-existent. I have enclosed two brochures that describe our exam development and scoring procedures; please take a few moments to review them.

Mr. Papay has clearly devoted significant time and effort to becoming certified in radiography. If I can provide any assistance to you or him in interpreting his score reports, do not hesitate to write or call.

Sincerely,


Mark Raymond, PhD
Director
Psychometric Services


enclosures (4)

0012