After the Examination, continued

## Appeals of Exam Scoring

The ARRT employs several quality control procedures to ensure that all examinations are scored with complete accuracy. However, candidates may request a review of the accuracy of the scoring process if they feel an error has occurred.

Candidates who wish a review of scoring must send a letter of request — detailing the specific reason a scoring error is suspected. Requests must be postmarked within 14 days of the score report having been mailed by ARRT and must be accompanied by a $25 fee. The ARRT will review the candidate's responses to each question, compare those responses to the answer key, and recalculate both raw scores and scaled scores.

Candidates will be informed of ARRT's findings within 30 days of receiving the written request. If ARRT finds evidence of any scoring error, the original score will be canceled and the candidate will be notified of his or her corrected score.

## Re-examination

Candidates who previously failed the examination may submit a re-examination application and fee. Failing candidates receive the form and information with their score reports. ARRT will return re-examination applications and fees that arrive at the ARRT office less than 30 days before the three-year limit expires (see following "Three-Attempt, Three-Year Limit" section).

## Three-Attempt, Three-Year Limit

Candidates who are eligible for a primary certification are allowed three attempts to pass the exam. They must complete the three attempts within a three-year period of time that begins with the initial examination window start date. After three unsuccessful attempts or three years have expired, the individual is no longer eligible.

The individual may obtain eligibility to retake the examination one additional time by submitting to ARRT documentation indicating that, since the last examination attempt, the individual has completed remedial activities acceptable to the ARRT. The final attempt must occur within one year after the third unsuccessful attempt or three-year end date.

Remediation options are:
    1. **Independent Study.** The individual studies the content areas for examination on his or her own. A minimum of 40 hours is required.
    2. **Study with an ARRT-Certified Technologist.** The individual studies the content areas for examination with an ARRT technologist certified in the examination category. A minimum of 20 hours is required. All 20 hours must actually be spent with the certified technologist.
    3. **Study with an Educator from an Accredited Educational Program.** The individual studies the content areas for examination with a program director or other educator from an approved radiologic technology program. A minimum of 10 hours is required. The 10 hours must be actual time spent with the educator.

Those failing the fourth attempt, or waiting longer than one year following the third unsuccessful attempt, may subsequently become eligible only by once again successfully completing the didactic and clinical competency requirements of an accredited educational program.