*p. 8 Handbook*

**Delayed Score Reporting**
If information supplied by the examinee on the application form is inaccurate or incomplete, the ARRT holds score results for six months after the exam administration date. After six months the scores are canceled; the examination attempt counts in the 3-attempt, 3-year rule. If investigation determines that the applicant was ineligible to take the examination, scores are canceled. Fees are not refunded in such cases.

The most common reason for delayed reporting of scores is the lack of verification of the successful completion of the educational program (see "Eligibility Deadlines" section for more information).

**F. Re-Scoring (Verification of Scores)**
Quality control procedures are routinely performed to ensure the accuracy of optical scanning of answer sheets. For all examinees who miss a passing score by one question, answer sheets are re-scored by hand. Additional re-scoring can be requested for a service fee of $15.00. All requests for score verification must be postmarked within 90 days of the administration date and must include the re-scoring fee of $15.00

**G. Release of Information**
The release of the examinee's score report by ARRT is governed by a policy that information about an individual shall be released only with that person's written consent. A section on the answer sheet asks whether the examinee wishes to have his/her score released to the educational program from which the examinee graduated. Release of scores to programs is a free service if requested at that time. Requests to send individual scores to schools after this time are subject to a service fee of $15.00.



**H. Re-Examination**
Examinees who fail the examination may be assigned to the next examination subject to payment of a re-examination service fee. Failing examinees receive notification of the re-examination fee and postmarking deadline along with their score reports. If the re-examination fee is not postmarked by the indicated date, the examinee's name is removed from the list of examinees for the next administration. An examinee may choose not to be re-examined at the next administration date; however, if the examinee later decides to be re-examined at another date, the examinee must contact the ARRT and request the appropriate re-examination application form. An examinee must submit an application directly to the ARRT for each examination administration. Test scores earned as a state examinee may NOT be used for later application to the ARRT for certification.

**I. Three Attempt, Three Year Limit**
Effective January 1, 1994, applicants who are eligible for examination will be allowed three attempts to pass the certification examination. Examinees must complete the three attempts within a three year period of time. This applies only to

the examinations in radiography, nuclear medicine technology and radiation therapy technology. After three unsuccessful attempts or three years have expired, the individual is no longer eligible. The individual may obtain eligibility to retake the examination one additional time if the individual submits documentation indicating completion of remedial activities acceptable to the ARRT following the last participation in the examination. The fourth attempt must occur within the one-year period following the third unsuccessful attempt. Those failing the fourth attempt, or waiting longer than one year following the third unsuccessful attempt, may only become eligible by re-entering and graduating from an accredited educational program.

The options for remediation are as follows:

1. Independent Study
The individual studies the content areas for examination on his/her own. A minimum of 40 hours is required.

2. Study with an ARRT Certified Technologist
The individual studies the content areas for examination with an ARRT technologist certified in the examination category. A minimum of 20 hours is required. All 20 hours must be spent with the certified technologist.

3. Study with an Educator from an Accredited Educational Program
The individual studies the content area for examination with a program director or other educator from an approved radiologic technology program. A minimum of 10 hours is required. The 10 hours must be actual time spent with the educator.

**J. Agreement of Applicants**
Applicants for certification must, at the time of application, and on subsequent occasions when the registration of the certificate is renewed, agree to abide by the agreement included in Article III, Section 3.02 of the *ARRT Rules and Regulations*. A copy of the *ARRT Rules and Regulations* is included as Appendix D of this Handbook. Applicants should read the *Rules and Regulations* prior to submitting an application for examination.

**K. Designating ARRT Certification and Registration**
A certificate is issued to those who have met all qualifications and are otherwise eligible. The certificate confers upon the applicant the right to use the title Registered Technologist and its abbreviation "R.T.(ARRT)" in connection with his or her name so long as the registration of the certificate shall be in effect. Individuals registered by the ARRT are advised to use the symbol (ARRT) in connection with the "R.T." to avoid confusion with certification with any other source and to indicate the specific category or categories for which registration is held. The category designation should be listed between the "R.T." and the "(ARRT)" and should be listed as "(R)" for radiography, "(N)" for nuclear medicine technology, "(T)" for radiation therapy technology, "(CV)" for cardiovascular-interventional technology, "(M)" for mammography, "(CT)" for computed tomography, "(MR)" for magnetic resonance imaging, and "(QM)" for quality management.

0020