# The American Registry of Radiologic Technologists®

1255 Northland Drive • St. Paul, Minnesota 55120-1155 • (651) 687-0048 • www.arrt.org



November 11, 2005

Shmuel Klein, Esq.
268 West Route 59
Spring Valley, NY 10977

Re: Donald N. Papay, ARRT No. 320350

Dear Mr. Klein:

I write in response to your letter dated November 2, 2005 to Virginia Haselhuhn. Your letter refers to an earlier letter from Larry Gantt, written on behalf of Donald Papay, requesting an opportunity for Mr. Papay to review all exams taken by him between March 1998 and April 2005.

I responded to Mr. Gantt by mail on May 26, 2005. My letter informed Mr. Gantt that ARRT does have a policy by which individuals can request a *rescore* of their examination, but that the time period during which such requests can be made had expired. My letter also indicated that, for reasons related to exam security, the ARRT does not release previous forms of examinations or allow individuals to review previous forms of examinations. The letter also explained the rationale for that policy.

A copy of my original letter to Mr. Gantt is enclosed, along with copies of ARRT's rescore policies in effect in 1998 and 2005.

Sincerely,

Mark Raymond, PhD
Director
Psychometric Services


cc: Larry Gantt
    Virginia Haselhuhn
    Donald Papay


enclosures (3)

0006

The American Registry of Radiologic Technologists

*Promoting High Standards of Patient Care by Recognizing Qualified Individuals in*