# Pilot Items

Pilot questions are unscored questions embedded in the test. ARRT uses data from these pilot questions to evaluate new test questions. This is a cost-effective way to develop test materials for future candidates, just as past candidates assisted in piloting questions for today.

These questions are not identified as pilot questions, and they appear just like any other question on the test. Up to 20 percent of the test may be unscored pilot questions, and ARRT allots extra time for candidates to complete them. Answers to these questions will not affect test scores.