## DECLARATION OF SERVICE

**ELLEN J. FRIED** hereby declares:

I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for Defendants Richard F. Daines as Commissioner, State of New York Department of Health, Adela Salame-Alfie as Director, State of New York Department of Health, Bureau of Environmental Radiation Protection.

On December 21, 2007, true and correct copies of the Reply Memorandum of Law In Further Support of Defendants' Motion to Dismiss the Amended Complaint and the Reply Affirmation of Ellen Fried with annexed Exhibits was filed electronically with the Clerk of the Court. Copies of same were also served upon the following counsel:

Law Office of Shmuel Klein, PC
268 Route 59
Spring Valley, NY 10977
(845) 425-2510
Attn: Shmuel Klein, Esq.
Attorney for Plaintiff

Shari L. Jerde, Esq.
Dorsey & Whitney LLP
South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 343-8276
Attorney for Defendants
 Haselhuhn and American Registry
 of Radiologic Technologists

by depositing a copy of said documents, properly enclosed in a postage pre-paid Federal Express mail wrapper, within the custody of Federal Express at 120 Broadway, New York, New York 10271, directed to said attorneys at the addresses they designated for service of papers.

Dated: New York, New York
December 21, 2007

          ANDREW M. CUOMO
          Attorney General of the
           State of New York
          Attorney for Defendants
          By:

          / / Ellen Fried
          Ellen J. Fried
          Assistant Attorney General
          120 Broadway
          New York, New York 10271
          (212) 416-6556